NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**

*Appellant*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2023-1727, 2023-1728, 23-1729

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00550, IPR2021-00552, IPR2021-00554.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2                                                    INTEL CORPORATION V. VIDAL

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

September 13, 2023
          Date                          /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** September 13, 2023